ORDERED in the Southern District of Florida on MAR 23 2006





Steven H. Friedman, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

RICHARD R. MEYER,   CASE NO. 05-35853-BKC-SHF

Debtor.   Chapter 7

_____/

## ORDER GRANTING TRUSTEE, ROBERT C. FURR'S, MOTION TO TRANSFER VENUE

THIS CAUSE came on to be heard on March 20, 2006, upon the Trustee, ROBERT C. FURR's Motion to Transfer Venue (the "Motion"). Based upon the testimony elicited, the Court has determined that Mr. Meyer did not reside in Florida for any portion of the 180 day period preceding the filing of his bankruptcy and, therefore, does not meet the requirements of 28 U.S.C. §1408(1). Accordingly, the Court

ORDERS AND ADJUDGES as follows:

1. The Motion is granted.

2. This case is transferred to the Northern District of Illinois, Everett McKinley Dirksen

Certified to be a true and correct copy of the original.
Karen Eddy, Clerk
U.S. Bankruptcy Court
So. Dist. Of Fla.
By _____
Deputy Clerk
Date 3/24/6

United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

    3. Adversary Proceeding No. 06-011656-BKC-SHF-A shall also be transferred to the Northern District of Illinois.

###

Submitted by:

Alvin S. Goldstein, Esquire
Furr and Cohen, P.A.
Attorneys for Trustee
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
(561) 395-0500
(561) 338-7532 - fax
agoldstein@furrcohen.com

Upon receipt of a signed copy of this Order, attorney Goldstein shall furnish a conformed copy to the parties listed below and file a certificate of mailing with the Court.

Norman L. Schroeder, II, Esquire
6801 Lake Worth Road, Suite 120
Lake Worth, Florida 33467

Richard R. Meyer
13388 Bedford Mews Circle
Wellington, Florida 33414

Assistant U.S. Trustee
51 SW 1st Avenue, Room 1204
Miami, FL 33130

H:\LIBRARY\FURR TRUSTEE\Meyer, Richard R 05-35853\PLD\Order Granting Motion to Transfer Venue.wpd