FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP – 1 2006

KENNETH S. GARDNER, CLERK
PS REP. - MBM

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

RICHARD R. MEYER,

       Debtor.
_____/

CASE NO. 06-06008
Chapter 7
Judge:   Jacqueline P. Cox

## SUMMARY OF FINAL FEE APPLICATION

### BY FURR AND COHEN, P.A., ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, ROBERT C. FURR, IN THE SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION 05-35853-BKC-SHF

1.   Name of Applicant: FURR AND COHEN, P.A.

2.   Role of Applicant: Attorneys for the Chapter 7 Trustee, Robert C. Furr, for the Southern District of Florida West Palm Beach Division

3.   Name of Certifying Professional:   ALVIN S. GOLDSTEIN, ESQ.

4.   Date Case Filed in the Southern District
of Florida:                                                    10/7/05
Date Case Transferred to the
Northern District of Illinois:                         5/26/06

5.   Date of application for employment: 11/17/05

6.   Date of order approving employment: 11/18/05

7.   If debtor's counsel, date of Disclosure
of Compensation form:                  N/A

8.   Date of this application: August 31, 2006

9.   Dates of services covered: 11/15/05- 8/15/06

**Fees . . .**

10.   Total fee requested for this period (from
Exhibit 1)                                                      $13,132.50

11.   Balance remaining in fee retainer account,
not yet awarded                                              n/a

12.   Fees paid or advanced for this period,
by other sources:                                            n/a

13.   **Net amount of fee requested for this period**      **$13,132.50**

FURR AND COHEN, P.A. • ONE BOCA PLACE, SUITE 337W • 2255 GLADES ROAD • BOCA RATON FLORIDA 33431 • (561) 395-0500

**Expenses . . .**

14.  Total expense reimbursement requested for this
     period                                                    $    735.79

15.  Balance remaining in expense retainer account,
     not yet received                                                n/a

16.  Expenses paid or advanced for this period,
     by other sources                                                n/a

17.  **Net amount of expense reimbursement requested
     for this period**                                         $    735.79

18.  Gross award requested for this period (#10 + #14)  **$13,868.29**

19.  **Net award requested for this period** (#13 + #17)   **$13,868.29**

20.  If **Final** Fee Application, amounts of net awards
     requested in interim applications but <u>not</u>
     <u>previously awarded</u> (total from History of Fees
     and Expenses, following pages):                              N/A

21.  Final fee and expense award requested (#19 + #20)  **$13,868.29**

FURR AND COHEN, P.A. • ONE BOCA PLACE, SUITE 337W • 2255 GLADES ROAD • BOCA RATON FLORIDA 33431 • (561) 395-0500

## History of Fees and Expenses

1.   Dates, sources and amounts of retainers received:

| Dates | Sources | Amounts | Fees/Costs |
|-------|---------|---------|------------|
|       |         |         |            |

2.   Dates, sources and amounts of third party payments received:

| Dates | Sources | Amounts | Fees/Costs |
|-------|---------|---------|------------|

N/A

3.   Prior fee and expense awards . . .

NOT APPLICABLE

FURR AND COHEN, P.A.  •  ONE BOCA PLACE, SUITE 337W  •  2255 GLADES ROAD  •  BOCA RATON FLORIDA 33431  •  (561) 395-0500

<u>SUMMARY OF PROFESSIONAL AND</u>
<u>PARAPROFESSIONAL TIME</u>
<u>TOTAL PER INDIVIDUAL</u>
<u>FOR THIS PERIOD ONLY</u>

(EXHIBIT "1-A")

[If this is a final application, and does not cumulate fee details
from prior interim applications, then a separate Exhibit 1-A
showing cumulative time summary from all applications is attached
as well]


<u>PROFESSIONALS:</u>

| Name | Year Licensed | Total Hours | Hourly Rate* | Total Fee |
|------|---------------|-------------|--------------|-----------|
| Alvin S. Goldstein | 1988 | 13.8 | $350.00 | $ 4,830.00 |
|  |  | 18.6 | $400.00 | $ 7,440.00 |
| Alan R. Crane | 1992 | 2.3 | $375.00 | $   862.50 |
| **TOTALS:** |  | **34.7** |  | **$13,132.50** |

**Total Hours by Professionals & Paraprofessionals:**    <u>34.7</u>

**"Blended" Hourly Rate:**    <u>$378.45</u>

**Total Professionals and Paraprofessional Fees:**    <u>$13,132.50</u>

**Effective March 8, 2006, Applicant raised the hourly billing rate
as follows: Robert C. Furr - $425.00, Charles I. Cohen - $425.00,
Alvin S. Goldstein - $400.00, Marc P. Barmat - $375.00 and Alan R.
Crane - $375.00.**

FURR AND COHEN, P.A. • ONE BOCA PLACE, SUITE 337W • 2255 GLADES ROAD • BOCA RATON FLORIDA 33431 • (561) 395-0500

<u>SUMMARY OF PROFESSIONAL AND</u>
<u>PARAPROFESSIONAL TIME BY</u>
<u>ACTIVITY CODE CATEGORY</u>
<u>FOR THIS TIME PERIOD ONLY</u>

(Exhibit "1-B")

<u>ACTIVITY CODE CATEGORY:</u>   (22) **ASSET ANALYSIS AND RECOVERY**
Undersigned counsel assisted the Trustee in requesting, reviewing
and analyzing documentation provided by the Debtor.   Undersigned
also took an examination of the Debtor under Rule 2004 of the
Federal Rules of Bankruptcy Procedure.   Undersigned counsel
researched and analyzed venue issues and the Debtor's entitlement
to Florida exemptions.

|  | NAME | RATE | HOURS | TOTAL FEE |
|---|---|---|---|---|
| Partners: | Alvin S. Goldstein | $350.00 | 9.4 | $ 3,290.00 |
|  |  | $400.00 | .1 | $ 40.00 |
|  | **MATTER TOTALS:** |  | **9.5** | **$ 3,330.00** |

<u>ACTIVITY CODE CATEGORY:</u>   (25) **CASE ADMINISTRATION**
Undersigned counsel assisted the Trustee in his day to day
responsibilities and provided the requested information to the
Trustee in Illinois upon his appointment.

|  | NAME | RATE | HOURS | TOTAL FEE |
|---|---|---|---|---|
| Partners: | Alvin S. Goldstein | $400.00 | 1.0 | $ 400.00 |
|  | **MATTER TOTALS:** |  | **1.0** | **$ 400.00** |

FURR AND COHEN, P.A. • ONE BOCA PLACE, SUITE 337W • 2255 GLADES ROAD • BOCA RATON FLORIDA 33431 • (561) 395-0500

ACTIVITY CODE CATEGORY:   (35) **CONTESTED MOTIONS**
Undersigned prepared for and attended the evidentiary hearing on
the motion to transfer venue of these proceedings to the Northern
District of Illinois and prepared the order transferring venue.
The Debtor filed an untimely appeal to the order granting the
motion.  Undersigned counsel prepared a motion to strike the appeal
as untimely and the Debtor filed a motion to allow the appeal.  A
hearing was held on these motions and the appeal was stricken.
Undersigned counsel researched the issues relating to the transfer
of the venue and the filing of an untimely appeal.

|  | NAME | RATE | HOURS | TOTAL FEE |
|---|---|---|---|---|
| Partners: | Alvin S. Goldstein | $350.00 | 1.3 | $   455.00 |
|  |  | $400.00 | 13.4 | $ 5,360.00 |
| Associates: | Alan R. Crane | $375.00 | 2.3 | $   862.50 |
|  | **MATTER TOTALS:** |  | **17.0** | **$ 6,677.50** |


ACTIVITY CODE CATEGORY:   **LITIGATION/ADVERSARY PROCEEDING**
Undersigned counsel prepared a complaint objecting to the Debtor's
discharge and to recover fraudulent conveyances from the Debtor's
non-filing spouse.

|  | NAME | RATE | HOURS | TOTAL FEE |
|---|---|---|---|---|
| Partners: | Alvin S. Goldstein | $350.00 | 1.8 | $   630.00 |
|  |  | $400.00 | 3.0 | $ 1,200.00 |
|  | **MATTER TOTALS:** |  | **4.8** | **$ 1,830.00** |


ACTIVITY CODE CATEGORY:   (36) **OBJECTION TO EXEMPTIONS**
Undersigned counsel prepared an objection to the Debtor's claimed
exemptions.

|  | NAME | RATE | HOURS | TOTAL FEE |
|---|---|---|---|---|
| Partners: | Alvin S. Goldstein | $350.00 | 1.3 | $   455.00 |
|  |  | $400.00 | .2 | $    80.00 |
|  | **MATTER TOTALS:** |  | **1.5** | **$   535.00** |

FURR AND COHEN, P.A.  •  ONE BOCA PLACE, SUITE 337W  •  2255 GLADES ROAD  •  BOCA RATON FLORIDA 33431  •  (561) 395-0500

## Summary of Requested Reimbursement of Expenses
## for this Time Period Only

| | | |
|---|---|---:|
| 1. | Filing Fees | $ 250.00 |
| 2. | Process Services Fees | $ 0.00 |
| 3. | Witness Fees | $ 0.00 |
| 4. | Court Reporters & Transcripts | $ 296.70 |
| 5. | Lien and Title Searches | $ 0.00 |
| 6. | Photocopies | $ 166.50 |
| | (a)  In-House copies (1,110 at $.15/page) | |
| | (b)  Outside copies ($0) | |
| 7. | Postage | $ 21.31 |
| 8. | Overnight Delivery Charges | $ 0.00 |
| 9. | Outside Courier/Messenger Services | $ 0.00 |
| 10. | Long Distance Telephone Charges | $ 0.00 |
| 11. | Long Distance Fax Transmissions | $ 0.00 |
| | (0 copies at $1/page) | |
| 12. | Computerized Research | $ 1.28 |
| 13. | Out of Southern District of Florida Travel | $ 0.00 |
| | (a)  Transportation ($0) | |
| | (b)  Lodging ($0) | |
| | (c)  Meals ($0) | |
| 14. | Other Permissible Expenses | $ 0.00 |
| | (must specify and justify) | |
| | (a)_____ ($0) | |
| | (b)_____ ($0) | |
| | (c)_____ ($0) | |

TOTAL EXPENSE REIMBURSEMENT REQUESTED        $   735.79

### EXHIBIT "2"

H:\LIBRARY\FURR TRUSTEE\Meyer, Richard R 05-35853\PLD\Final Fee Application by Furr and Cohen PA
Attorneys for the Ch 7 Trustee Robert C Furr Northern District of Illinois.wpd

FURR AND COHEN, P.A.  •  ONE BOCA PLACE, SUITE 337W  •  2255 GLADES ROAD  •  BOCA RATON FLORIDA 33431  •  (561) 395-0500

FURR AND COHEN, P.A.
ONE BOCA PLACE, SUITE 337W
2255 GLADES ROAD
BOCA RATON, FL  33431
www.furrcohen.com

(561) 395-0500


August 30, 2006



Richard R. Meyer, Debtor - Case No. 05-35853-BKC-SHF

Robert C. Furr, Trustee



IN REFERENCE TO:     RCF/ASG/TTE/2-1-06/05-35853


PROFESSIONAL SERVICES

|  |  |  | HOURS | Total |
|---|---|---|---|---|
| **ASSET ANALY/REC** |  |  |  |  |
| 12/5/2005 ASG | ASSET ANALYSIS AND RECOVERY:  Review letter from Norm Schroeder, documents from Debtor | | 1.50 | |
| 12/14/2005 ASG | ASSET ANALYSIS AND RECOVERY:  Prepare Notice of 2004 Examination Duces Tecum | | 0.30 | |
| 12/19/2005 ASG | ASSET ANALYSIS AND RECOVERY:  Prepare Re-Notice of 2004 Examinaiton; Prepare Motion for Extension of Time to Object to Exemptions and Discharge, proposed Order | | 0.60 | |
| 1/4/2006 ASG | ASSET ANALYSIS AND RECOVERY:  Prepare Notice of 2004 Examination | | 0.20 | |
| 1/5/2006 ASG | ASSET ANALYSIS AND RECOVERY:  Review of information provided; Analysis of causes of action;  Research re venue issues | | 1.60 | |
| 1/11/2006 ASG | ASSET ANALYSIS AND RECOVERY:  Analysis of venue issues; Analysis of availability of Florida exemptions;  Analysis of discharge issues | | 1.40 | |
| 1/17/2006 ASG | ASSET ANALYSIS AND RECOVERY:  Follow up re outstanding issues | | 0.40 | |
| 1/23/2006 ASG | ASSET ANALYSIS AND RECOVERY:  Prepare for and take Rule 2004 examination of debtor;  Letter to N. Schroeder re same; Conference with R. Furr re same | | 3.40 | |
| 5/9/2006 ASG | ASSET ANALYSIS AND RECOVERY:  Review letter from Schroeder re settlement offer | | 0.10 | |
| SUBTOTAL: | | [ | 9.50 | 3,330.00] |
| **CASE ADMIN.** |  |  |  |  |
| 6/13/2006 ASG | CASE ADMINISTRATION:  Email to Illinois trustee re status of case | | 0.40 | |
| 6/30/2006 ASG | CASE ADMINISTRATION:  Prepare letter to Ira Goldberg enclosing Exhibit Register and 2004 transcript | | 0.20 | |
| ASG | CASE ADMINISTRATION:  Review and docket Notice of Claims Bar Date | | 0.10 | |
| 8/15/2006 ASG | CASE ADMINISTRATION:  Review Motion to Extend Deadlines and proposed Orders in Illinois | | 0.30 | |
| SUBTOTAL: | | [ | 1.00 | 400.00] |
| **CONTEST MOTIONS** |  |  |  |  |
| 2/6/2006 ASG | CONTESTED MOTIONS:  Research re venue;  Preparation of motion to transfer venue | | 1.30 | |
| 3/16/2006 ASG | CONTESTED MOTIONS:  Preparation for hearing on motion to transfer venue and objection to exemptions | | 1.60 | |
| 3/19/2006 ASG | CONTESTED MOTIONS:  Preparation for hearing on motion to transfer venue and objection to exemptions | | 1.50 | |
| 3/20/2006 ASG | CONTESTED MOTIONS:  Court appearance re motion to transfer venue and objection to exemptions;  Conference with R. Furr re results of hearing | | 2.50 | |
| 3/21/2006 ASG | CONTESTED MOTIONS:  Preparation of order transferring case and order transferring adversary proceeding;  Follow up with Court re appropriate procedure | | 0.60 | |

EXHIBIT "3"

Richard R. Meyer, Debtor - Case No. 05-35853-BKC-SHF                              Page    2

|  |  |  | HOURS | Total |
|---|---|---|---|---|
| 3/27/2006 ASG | CONTESTED MOTIONS:   Review and serve Order Granting Motion to Transfer Venue |  | 0.20 |  |
| 4/6/2006 ASG | CONTESTED MOTIONS:   Review Debtor's notice of appeal - order granting Trustee's motion to transfer venue |  | 0.20 |  |
| 4/20/2006 ASG | CONTESTED MOTIONS:   Review case law;  Review docket sheet and docketed entries;  Preparation of motion to strike appeal and notice of appeal |  | 1.20 |  |
| 4/24/2006 ASG | CONTESTED MOTIONS:   Review and Serve Notice of Hearing on Motion to Strike |  | 0.20 |  |
| 4/26/2006 ASG | CONTESTED MOTIONS:   Review Debtor's Motion to Enlarge Time, Motion for Relief from Order |  | 0.20 |  |
| 4/28/2006 ASG | CONTESTED MOTIONS:   Review Debtor's motion for enlargment of time for filing notice of appeal |  | 0.30 |  |
| ARC | CONTESTED MOTIONS:   Research failure to timely file appeal; excusable neglect standard |  | 2.30 |  |
| ASG | CONTESTED MOTIONS:   Preparation for motion to enlarge time to file appeal |  | 0.60 |  |
| 5/1/2006 ASG | CONTESTED MOTIONS:   Review notice of hearing on Debtor's motion to extend time to file motion for leve to appeal |  | 0.10 |  |
| 5/5/2006 ASG | CONTESTED MOTIONS:   Preparation for hearing on motion to strike notice of appeal and motion for leave to appeal and motion for enlargement of time to appeal;  Preparation of orders |  | 1.40 |  |
| 5/8/2006 ASG | CONTESTED MOTIONS:   Court appearance re motion to strike appeal and Debtor's motion for enlargement of time within which to appeal |  | 2.50 |  |
| 5/10/2006 ASG | CONTESTED MOTIONS:   Review and serve Order Denying Motion for Extension of Time and Order Granting Motion to Strike |  | 0.30 |  |
| | SUBTOTAL: |  | [  17.00 | 6,677.50] |

LIT/ADV. PROC.

|  |  |  | HOURS | Total |
|---|---|---|---|---|
| 2/7/2006 ASG | LITIGATION/ADVERSARY PROCEEDINGS:  Preparation of complaint objecting to discharge and to recover fraudulent transfer from spouse |  | 1.60 |  |
| 2/21/2006 ASG | LITIGATION/ADVERSARY PROCEEDING:  Review and docket Summons and Notice of Pretrial Conference, serve same |  | 0.20 |  |
| 3/13/2006 ASG | LITIGATION/ADVERSARY PROCEEDING:   Review Defendants' Answer |  | 0.20 |  |
| 3/27/2006 ASG | LITIGATION/ADVERSARY PROCEEDING:   Review and serve Order Transferring Venue |  | 0.20 |  |
| 4/4/2006 ASG | LITIGATION/ADVERSARY PROCEEDING:   Review Notice of Appeal and Motion for Leave to Appeal |  | 0.40 |  |
| ASG | LITIGATION/ADVERSARY PROCEEDING:   Review Motion for Rehearing |  | 0.20 |  |
| 4/6/2006 ASG | LITIGATION/ADVERSARY PROCEEDING:   Review motion for rehearing order transferring venue and motion for leave to appeal |  | 0.50 |  |
| 4/24/2006 ASG | LITIGATION/ADVERSARY PROCEEDING:   Preparation of motion to strike notice of appeal and motion for leave to appeal as untimely |  | 0.60 |  |
| ASG | LITIGATION/ADVERSARY PROCEEDING:   Review Motion for Leave to Appeal, Notice of Appeal |  | 0.50 |  |
| 5/2/2006 ASG | LITIGATION/ADVERSARY PROCEEDING:   Review Motion to Extend Time to File Appeal |  | 0.20 |  |
| ASG | LITIGATION/ADVERSARY PROCEEDINGS:  Review and docket Notice of Hearing on Motion to Extend Time to Appeal |  | 0.10 |  |
| ASG | LITIGATION/ADVERSARY PROCEEDING:   Review and docket Notice of Hearing on Motion to Extend Time to File Appeal |  | 0.10 |  |
| | SUBTOTAL: |  | [   4.80 | 1,830.00] |

OBJ TO EXEMP

|  |  |  | HOURS | Total |
|---|---|---|---|---|
| 12/19/2005 ASG | OBJECTION TO EXEMPTIONS:  Review and serve Order Extending Deadline to Object to Exemptions |  | 0.20 |  |
| 2/6/2006 ASG | OBJECTIONS TO EXEMPTIONS:  Research re entitlement to exemptions;  Preparation of objection to exemptions |  | 1.10 |  |
| 3/31/2006 ASG | OBJECTIONS TO EXEMPTIONS:  Review and serve Order Overruling Objection to Exemptions |  | 0.20 |  |

Richard R. Meyer, Debtor - Case No. 05-35853-BKC-SHF                          Page    3

|  | HOURS | Total |
|---|---|---|
| SUBTOTAL: | [    1.50 | 535.00] |
| FOR PROFESSIONAL SERVICES RENDERED | 33.80 | $12,772.50 |

ADDITIONAL CHARGES:

APHOTOCOPY

| | | |
|---|---|---|
| 11/15/2005 PHOTOCOPIES @ $.15:  Application, Affidavit, Order to Employ Furr and Cohen | | 4.20 |
| 12/8/2005 PHOTOCOPIES @ $.15:  Motion to Extend Time to Object to Exemptions | | 1.80 |
| 12/14/2005 PHOTOCOPIES @ $.15:  Letter to Norm Schroeder | | 0.15 |
| 12/15/2005 PHOTOCOPIES @ $.15:  Notice of 2004 Examination | | 6.00 |
| 12/20/2005 PHOTOCOPIES @ $.15:  Re-Notice of 2004 Examination, Motion ot Extend Deadlines, Order | | 8.55 |
| 12/27/2005 PHOTOCOPIES @ $.15:  Order Extending Deadlines | | 1.20 |
| 1/5/2006 PHOTOCOPIES @ $.15:  Re-Notice of 2004 Exam | | 6.75 |
| 1/25/2006 PHOTOCOPIES @ $.15:  Letter to Schroeder | | 0.30 |
| 2/7/2006 PHOTOCOPIES @ $.15:  Complaint, Adversary Cover, Objection to Exemptions, Motion to Change Venue | | 6.60 |
| 2/16/2006 PHOTOCOPIES @ $.15:  Complaint, Summons, Order | | 8.70 |
| 3/1/2006 PHOTOCOPIES @ $.15:  Notice of Hearing on Objection to Exemptions and Motion to Transfer Venue | | 1.05 |
| 3/15/2006 PHOTOCOPIES @ $.15:  Exhibits for 3/20/06 hearing | | 43.65 |
| 3/16/2006 PHOTOCOPIES @ $.15:   EXHIBIT 9 FOR MOTION TO CHANGE VENUE HEARING | | 24.60 |
| 3/17/2006 PHOTOCOPIES @ $.15:   CASE LAW | | 18.90 |
| 3/22/2006 PHOTOCOPIES @ $.15:  Orders from 3/20/06 hearings | | 1.80 |
| 3/28/2006 PHOTOCOPIES @ $.15:  2 Certificates of Mailing, 3 Orders | | 3.60 |
| 4/24/2006 PHOTOCOPIES @ $.15:  Notice of Hearing | | 0.30 |
| 5/5/2006 PHOTOCOPIES @ $.15:  Case law for 5/8 hearing | | 10.80 |
| 5/10/2006 PHOTOCOPIES @ $.15:  Orders from 5/8 hearings | | 1.20 |
| 6/30/2006 PHOTOCOPIES @ $.15:  Letter to Ira Goldberg | | 16.35 |
| SUBTOTAL: | | [    166.50] |

CT. REP/TRANS

| | | |
|---|---|---|
| 2/9/2006 COURT REPORTER AND TRANSCRIPTS:  OUELLETTE & MAULDIN/2004 OF RICHARD R. MEYER - 1-23-06/ATTENDANCE OF REPORTER - INVOICE NO. 935228/INVOICE DATE:  2/7/06 | | 90.00 |
| 4/12/2006 COURT REPORTER AND TRANSCRIPTS:   OUELLETTE & MAULDIN COURT REPORTERS, INC./2004 OF RICHARD R. MEYER ON 1/23/06 - INVOICE NO. 935534 | | 206.70 |
| SUBTOTAL: | | [    296.70] |

Richard R. Meyer, Debtor - Case No. 05-35853-BKC-SHF                    Page    4

                                                                              Total

        FILING FEES:

2/7/2006 FILING FEES:    UNITED STATES COURTS                                 250.00

        SUBTOTAL:                                                        [    250.00]

        PACER

4/24/2006 PACER COMPUTER USAGE                                                0.64

5/15/2006 PACER COMPUTER USAGE                                                0.24

5/23/2006 PACER COMPUTER USAGE                                                0.40

        SUBTOTAL:                                                        [      1.28]

        POSTAGE

11/15/2005 POSTAGE:   Application, Affidavit, Order to employ Furr and Cohen    1.48

12/8/2005 POSTAGE:    Motion to Extend Time to Object to Exemptions             1.11

12/14/2005 POSTAGE:   Letter to Norm Schroeder                                  0.37

12/15/2005 POSTAGE:   Notice of 2004 Examination                               1.80

12/20/2005 POSTAGE:   Re-Notice of 2004 Exam, Motion to Extend Deadlines, Order 1.20

12/27/2005 POSTAGE:   Order Extending Deadines                                  1.11

1/5/2006 POSTAGE:    Re-Notice of 2004 Exam                                     1.20

1/25/2006 POSTAGE:   Letter to Schroeder                                        0.39

2/7/2006 POSTAGE:    Complaint, Adversary Cover, Objection to Exemptions, Motion to Change   0.78
         Venue

2/16/2006 POSTAGE:   Complaint, Summons, Order                                  1.89

3/1/2006 POSTAGE:    Notice of Hearing on Objection to Exemptions and Motion to Transfer   0.78
         Venue

3/22/2006 POSTAGE:   Orders from 3/20/06 hearings                               1.17

3/28/2006 POSTAGE:   2 Certificates of Mailing, 3 Orders                        1.17

4/24/2006 POSTAGE:   Notice of Hearing                                          0.78

5/10/2006 POSTAGE:   Orders from 5/8 hearings                                   0.78

6/30/2006 POSTAGE:   Letter to Ira Goldberg                                     5.30

        SUBTOTAL:                                                        [     21.31]

        TOTAL COSTS                                                          $735.79