**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: ) | CHAPTER 7 CASE | |
| MEYER, RICHARD R ) | | |
| TECHNOLOGIES, SORBENT CONTROL ) | CASE NO. 06-06008 JPC | |
| ) | | |
| ) | JUDGE JACQUELINE P. COX | |
| Debtor(s) ) | | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

 At: U.S. BANKRUPTCY COURT
 219 South Dearborn, Courtroom 619
 Chicago, Illinois 60604

 on: **February 28, 2008**
 at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

 a. Receipts $ 40,500.24

 b. Disbursements $ 64.09

 c. Net Cash Available for Distribution $ 40,436.15

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 4,800.02 | $ |
| Trustee's Attorney – DiMonte & Lizak | $ 0.00 | $ 13,132.50 | $ |
| Trustee's Attorney– DiMonte & Lizak | $ 0.00 | $ | $ 735.79 |
| Trustee's Accountnt – Popowcer Katten | $ 0.00 | $ 960.00 | $ |

| | | | | | |
|---|---|---|---|---|---|
| Trustee's Attorney – Furr and Cohen | $ | 0.00 | $ | 10,003.50 | $ |
| Trustee's Attorney– Furr and Cohen | $ | 0.00 | $ | | $ 25.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $11,326.52, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $95.17%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 11,326.52 | $ 10,779.34 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: (A) subject to the debtor's exemptions, cash in bank accounts scheduled at $855, household goods and furnishings scheduled at $2,500, books and art objects scheduled at $1,000, wearing apparel and jewelry scheduled at $300, firearms and hobby equipment scheduled at $75 and a 1995 Holiday Rambler recreational vehicle scheduled at $0.00; (B) cash on hand scheduled at $20.

Dated:   **January 16, 2008**               For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                 Page 1 of 1           Date Rcvd: Jan 16, 2008
Case: 06-06008                    Form ID: pdf002             Total Served: 10

The following entities were served by first class mail on Jan 18, 2008.
db          +Richard R Meyer,   13388 Bedford Mews Circle,   Wellington, FL 33414-7703
aty         +Abraham Brustein, ESQ,   Dimonte & Lizak, LLC,   216 W. Higgins Road,   Park Ridge, IL 60068-5706
aty         +Dimonte & Lizak,   Dimonte & Lizak,   216 W Higgins Road,   Park Ridge, IL 60068-5706
aty         +Ira P Goldberg,   DiMonte & Lizak, LLC,   216 Higgins Road,   Park Ridge, IL 60068-5706
aty         +Norman L Schroeder,   6801 Lake Worth Road Suite 120,   Lake Worth, FL 33467-2965
tr          +Alex D Moglia, ESQ,   Moglia Advisors,   1325 Remington Rd, Ste H,   Schaumburg, IL 60173-4815
10750117    +Chase,   PO BOX 15902,   Wilmington DE 19850-5902
10812306    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10750118    +MBNA America,   PO BOX 15137,   Wilmington DE 19886-5137
10750119    +Robert C Furr,   2255 Glades Road Ste 337 W,   Boca Raton, Fl 33431-7382

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2008**                 **Signature:**  _Joseph Speetjens_