IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) CHAPTER 7 CASE
MEYER, RICHARD R )
TECHNOLOGIES, SORBENT CONTROL ) CASE NO. 06-06008 JPC
 )
 ) JUDGE JACQUELINE P. COX
Debtor(s) )

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 4,800.02 |
| 2. | Trustee's expenses | $ 0.00 |
| | TOTAL | $ 4,800.02 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee – DiMonte & Lizak, LLC
   a. Compensation     $ 10,003.50
   b. Expenses         $ 25.00

2. Accountant for the Trustee – Popowcer Katten
   a. Compensation     $ 960.00
   b. Expenses         $ 0.00

3. Other Professionals

   Special Counsel – Furr and Cohen
   a. Compensation     $ 13,132.50
   b. Expenses         $ 735.79

|  |  |  |
|---|---|---|
|  | TOTAL | $ 24,856.79 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this _____ day of _____ , 200 _____

ENTERED

FEB 2 8 2008

JACK B. SCHMETTERER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

ENTERED: _____
JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE